THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY TUFF, JR., Appellant.

Submitted April 16, 2012; decided April 26, 2012

Reported below, 90 AD3d 1645.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRIS APPLE-WHITE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted February 21, 2012; decided April 26, 2012

Reported below, 87 AD3d 1284.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.

ROSE GROUP PARK AVENUE LLC et al., Appellants, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. THE PRESERVATION COALITION et al., Intervenors-Respondents.

Submitted March 26, 2012; decided April 26, 2012

Reported below, 93 AD3d 1.

Motion by Brown Memorial Baptist Church et al. for leave to file a memorandum of law amici curiae on the motion for leave to appeal herein, and for leave to file a brief amici curiae on the appeal herein, dismissed as academic.

In the Matter of STEPHEN ROSENBLUM, Respondent, v NEW YORK CITY CONFLICTS OF INTEREST BOARD et al., Appellants.

Submitted March 26, 2012; decided April 26, 2012

Reported below, 75 AD3d 426.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 422 (2012)].